UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:08-14263-CIV-MARTINEZ-WHITE**

WILLIE JAMES CHANDLER, JR.,

      Petitioner,

vs.

STATE OF FLORIDA,

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE WHITE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate

Judge for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus filed

pursuant to section 2254.  Petitioner then filed a Motion of Acknowledgment (D.E. No. 4) in

which he states that he filed his petition in the wrong court and apologizes. Magistrate Judge

White filed a Report and Recommendation (D.E. No. 5), recommending that this Motion of

Acknowledgment be construed as a motion to withdraw and that the motion be granted as

Petitioner's case has in fact been filed in the wrong court.  After careful review, the Court agrees

and it is hereby:

      **ADJUDGED** that United States Magistrate Judge White's Report and Recommendation

**(D.E. No. 5)** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

      **ADJUDGED** that

      Petitioner's Motion of Acknowledgment (D.E. No. 4), construed as a Motion to withdraw

or dismiss Petitioner's case, is **GRANTED**. This case is dismissed without prejudice so that

Petitioner may file for authorization from the Eleventh Circuit Court of Appeals.

DONE AND ORDERED in Chambers at Miami, Florida, this 29 day of July, 2008.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record
Willie James Chandler, Jr.